The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br><br> vs. <br><br> OPTEKA, INC., <br><br> Defendant. | No. 2:18-cv-01248-MJP <br><br> STIPULATION AND ▮▮▮▮▮ ORDER EXTENDING TIME FOR OPTEKA, INC., TO FILE ITS RESPONSIVE PLEADING <br><br> NOTE ON MOTION CALENDAR: <br> October 4, 2018 |

## STIPULATION

Plaintiff National Products Inc. ("NPI"), and defendant Opteka, Inc. ("Opteka"), jointly move the Court for an order extending the deadline for Opteka to file and serve its responsive pleading to NPI's amended complaint (Ct. Dkt. #12) by twenty days, to October 25, 2018.

STIPULATION AND ▮▮▮▮▮ ORDER
EXTENDING TIME FOR OPTEKA, INC.
TO FILE ITS RESPONSIVE PLEADING -- 1

ATKINS IP
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983/Fax: (206) 299-3701

DATED this 4th day of October, 2018.

ATKINS INTELLECTUAL PROPERTY, PLLC

By /s/ Michael G. Atkins
   Michael G. Atkins
   WSBA# 26026
   Atkins Intellectual Property, PLLC
   113 Cherry Street #18483
   Seattle, WA 98104-2205
   T (206) 628-0983/F (206) 299-3701
   Email: mike@atkinsip.com

By /s/ Gerry Grunsfeld
   Gerry Grunsfeld
   *Pro Hac Vice*
   Lazar Grunsfeld Elnadav LLP
   1795 Coney Island Avenue
   Brooklyn, NY 11230
   T (718) 947-7476/F (718) 355-9702
   Email: gerry@lgelaw.com

Attorneys for Defendant Opteka, Inc.

FENWICK & WEST LLP

By /s/ Jessica M. Kaempf
   David K. Tellekson
   WSBA# 33523
   Jessica M. Kaempf
   WSBA# 51666
   Fenwick & West LLP
   1191 Second Avenue, 10th Floor
   Seattle, WA 98101
   T (206) 389-4510/F (206) 389-4511
   Email: dtellekson@fenwick.com
   Email: jkaempf@fenwick.com

Attorneys for Plaintiff National Products Inc.

## ORDER

SO ORERED.

DATED this 5 day of Oct., 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

By /s/ Michael G. Atkins
   Michael G. Atkins
   WSBA# 26026
   Atkins Intellectual Property, PLLC
   113 Cherry Street #18483
   Seattle, WA 98104-2205
   T (206) 628-0983/F (206) 299-3701
   E-mail: mike@atkinsip.com

Attorneys for Defendant Opteka, Inc.

STIPULATION AND [REDACTED] ORDER
EXTENDING TIME FOR OPTEKA, INC.
TO FILE ITS RESPONSIVE PLEADING -- 2

ATKINS IP
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983/Fax: (206) 299-3701

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I served a true and correct copy of the document as follows:

| | |
|---|---|
| David K. Tellekson<br>Jessica M. Kaempf<br>1191 Second Avenue, 10th Floor<br>Seattle, WA 98101<br><br>Attorneys for Plaintiff | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Express Mail<br>☐ Facsimile<br>☐ Email<br>☒ ECF |
| Gerry Grunsfeld<br>Lazar Grunsfeld Elnadav LLP<br>1795 Coney Island Avenue<br>Brooklyn, NY 11230<br><br>Attorneys for Defendant | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Express Mail<br>☐ Facsimile<br>☐ Email<br>☒ ECF |

Dated: October 4, 2018          /s/ Michael G. Atkins

STIPULATION AND [REDACTED] ORDER
EXTENDING TIME FOR OPTEKA, INC.
TO FILE ITS RESPONSIVE PLEADING -- 3

ATKINS IP
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983/Fax: (206) 299-3701