UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC, <br><br> Plaintiff, <br><br> v. <br><br> OPTEKA, INC, <br><br> Defendant. | CASE NO. C18-1248 MJP <br><br> ORDER STAYING DISCOVERY AND INITIAL CASE EVENTS |

The above-entitled Court, having received and reviewed Defendant's Motion to Continue Initial Case Events and Stay Discovery (Dkt. No. 16), Plaintiff's Response in Opposition (Dkt. No. 21), Defendant's Reply in Support (Dkt. No. 23), and all attached declarations and exhibits, rules as follows:

IT IS ORDERED that the motion is GRANTED: discovery and the initial case events outlined in the Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 13) will be STAYED until the Court rules on the pending motion to transfer (Dkt. No. 18).

The clerk is ordered to provide copies of this order to all counsel.

Dated October 24, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge